Case 1:22-cv-02785-LDH-RER   Document 7   Filed 06/17/22   Page 1 of 3 PageID #: 25

Daniel Sadeh, Esq.
**HALPER SADEH LLP**
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNITTA BAILEY,<br><br>  Plaintiff,<br><br>v.<br><br>SIERRA ONCOLOGY, INC., ROBERT PELZER, GAURAV AGGARWAL, ANDREW ALLEN, MONA ASHIYA, CRAIG COLLARD, JEFFREY H. COOPER, STEPHEN G. DILLY, GEORGIA ERBEZ, CHRISTY OLIGER, and ANDREW SINCLAIR,<br><br>  Defendants. | Case No: 1:22-cv-02785-LDH-RER<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Annitta Bailey hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: June 17, 2022                                       Respectfully submitted,

                                                           **HALPER SADEH LLP**

                                                           By: /s/ Daniel Sadeh
                                                           Daniel Sadeh, Esq.
                                                           667 Madison Avenue, 5th Floor
                                                           New York, NY 10065
                                                           Telephone: (212) 763-0060
                                                           Facsimile: (646) 776-2600
                                                           Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I, Daniel Sadeh, hereby certify that on June 17, 2022, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: June 17, 2022           /s/ Daniel Sadeh
                    Daniel Sadeh